UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MCDUFFIE,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>      Defendant. | Case No. 5:25-cv-01940-SB-E<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

      After the Court explained twice that Plaintiff Tracy McDuffie had not properly served Defendant, she requested an extension of the time to serve. Dkt. No. 16. Plaintiff, who is proceeding pro se and in forma pauperis, stated both that she "had someone else serve the Defendant" by mail on October 24 and that she mailed a form AO-440 (summons) to the U.S. Marshal on the same day.

      Although Rule 4(m)'s deadline for completing service had passed and Plaintiff did not show that service had been effective, the Court allowed her another opportunity to complete service, ordering the U.S. Marshal to serve Defendant. Dkt. No. 17. The Court explained that its order was "contingent on Plaintiff's submission of the required forms to the U.S. Marshal" and identified the specific materials that needed to be sent to the Marshal. *Id*. at 1–2. The Court ordered that "[n]o later than November 14, 2025, Plaintiff shall file with the Court a Notice of Submission verifying that she has submitted the required materials to the U.S. Marshal," and cautioned that "[f]ailure to comply will . . . result in the dismissal of this action without prejudice for lack of prosecution." *Id*. at 2.

      Plaintiff has violated the Court's order. The November 14 deadline has passed, and Plaintiff has not filed the required notice of submission verifying that she provided the U.S. Marshal with the information it needs to complete service.

1

Nor has Plaintiff otherwise sought relief or shown good cause for a further extension of time to serve.

    Although Plaintiff's failures would support dismissing her claims outright, the Court elects to allow her one more opportunity to avoid dismissal, given that (1) she has demonstrated at least some intention to pursue her claims and (2) this is her first failure to comply after the Court ordered service by the U.S. Marshal. Accordingly, Plaintiff no later than December 30, 2025, shall show cause in writing why her case should not be dismissed without prejudice for lack of prosecution. If Plaintiff no later than December 30 files verification that she has submitted to the U.S. Marshal's Office a service packet containing all materials enumerated in the Court's October 30 order (Dkt. No. 17), as well as a copy of this order, the Court will discharge the order to show cause and allow the case to proceed. Provided that Plaintiff complies with these instructions, the U.S. Marshal is ordered to serve the summons and complaint on Defendant Southern California Edison Company without prepayment of costs no later than January 30, 2026.

    If Plaintiff does not timely file a compliant notice of submission or otherwise respond to this order to show cause, her claims will be dismissed without prejudice for lack of prosecution.

Date: December 2, 2025

                                                    Stanley Blumenfeld, Jr.
                                              United States District Judge