JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRACY MCDUFFIE,

     Plaintiff,

v.

SOUTHERN CALIFORNIA EDISON
COMPANY,

     Defendant.

Case No. 5:25-cv-01940-SB-E

FINAL JUDGMENT

     For the reasons stated in the separate order of dismissal entered this day, it is ordered and adjudged that Plaintiff Tracy McDuffie's claims against Defendant Southern California Edison Company are dismissed on the merits with prejudice.

     This is a final judgment.

Date: January 29, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1